IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Kenny R. Murray, Jr., | ) | |
|---|---|---|
| Petitioner, | ) | C.A. No.: 4:09-cv-00907-RBH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Warden, Evans Correctional Institution, | ) | |
| Respondent. | ) | |

This matter was remanded to the Court for the limited purpose of permitting the Court to supplement the record with an Order granting or denying a certificate of appealability. Having reviewed the matter, this Court finds that the Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006).

Based on the foregoing, it is therefore **ORDERED** that a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

    s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
February 2, 2010.